UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDERLYN BOLTON, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>SOLAR MOSAIC, LLC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50, inclusive,<br><br>                Defendants. | Case No. 2:24-CV-02848-TLN-AC<br><br>**ORDER GRANTING DEFENDANT SOLAR MOSAIC LLC'S REQUEST TO SEAL AUDIO FILE** |

Having considered Defendant Solar Mosaic LLC's ("Solar Mosaic") request to seal the audio file as Exhibit 1 to the Supplemental Declaration of Devon Treece in Support of Solar Mosaic's Motion to Compel Arbitration, the Court **GRANTS** Solar Mosaic's request to seal. Exhibit 1 to the Supplemental Declaration of Devon Treece in Support of Solar Mosaic's Motion to Compel Arbitration is hereby sealed for the duration of this litigation with access to only Court personnel and counsel in this matter and made part of the record.

IT IS SO ORDERED.

DATED: January 15, 2025

_____
Troy L. Nunley
Chief United States District Judge