TROUTMAN PEPPER LOCKE LLP
Jacob Kozaczuk (SBN 294734)
jacob.kozaczuk@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:    415.477.5700
Facsimile:    415.477.5710

Attorneys for Defendant
SOLAR MOSAIC LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDERLYN BOLTON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLAR MOSAIC, LLC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-CV-02848-TLN-AC<br><br>**STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER AND ORDER**<br><br>[ECF No. 16] |

1    Plaintiff Wanderlyn Bolton and Defendants Solar Mosaic LLC, Experian Information Solutions, Inc., Equifax Information Services LLC, and Trans Union, LLC, through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on December 5, 2024, the Court issued an Initial Pretrial Scheduling Order (the "Scheduling Order").  ECF No. 16.

2. WHEREAS, Section III of the Scheduling Order provides that "[a]ll fact discovery shall be completed no later than three hundred and sixty-five (365) days from the date upon which the last answer is filed with the Court pursuant to the Federal Rules of Civil Procedure, or from the date of removal, whichever is later."

3. WHEREAS, answers were filed by all Defendants named in the action on or before December 5, 2024.  ECF Nos. 6, 14, 17, 18.

4. WHEREAS, on December 13, 2024, Solar Mosaic LLC ("Solar Mosaic") filed a motion to compel arbitration of Plaintiff's claims pursuant to the parties' agreement to arbitrate (ECF No. 19), which is under submission (ECF No. 23).  On December 23, 2024, Solar Mosaic filed a motion to stay discovery pending the ruling on its motion to compel arbitration (ECF No. 20), which is under submission (ECF No. 29).

5. WHEREAS, good cause exists to modify the date of the fact discovery cutoff to prevent potential duplication of discovery efforts and provide sufficient time for the parties to conduct discovery should the action not be stayed following the ruling on the motion to compel arbitration.

6. NOW THEREFORE, the parties, through their respective counsel of record, stipulate and agree to a modification of Section III of the Scheduling Order providing that all fact discovery shall be completed no later than three hundred and sixty-five (365) days from the date upon which the Court rules on the pending motion to compel arbitration filed by Solar Mosaic.

[*Signatures on following page*]

**IT IS SO STIPULATED.**

Dated: February 3, 2025

TROUTMAN PEPPER LOCKE LLP

By: */s/ Jacob Kozaczuk*
    Jacob Kozaczuk

Attorneys for Defendant
SOLAR MOSAIC LLC

Dated: February 3, 2025

R23 LAW APC

By: */s/ Peng Shao* (as authorized on 2/2/25)
    Peng Shao

Attorneys for Plaintiff
WANDERLYN BOLTON

Dated: February 3, 2025

JONES DAY

By: */s/ Oren R. Depp* (as authorized on 1/30/25)
    Hillary J. Green
    Oren R. Depp

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: February 3, 2025

SEYFARTH SHAW LLP

By: */s/ Theodore E. Roethke* (as authorized on 1/31/25)
    Jennifer R. Brooks
    Theodore E. Roethke

NOKES & QUINN
Thomas P. Quinn, Jr.

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

Dated: February 3, 2025

By: */s/ Charlotte Long* (as authorized on 1/29/25)
    Charlotte Long

Attorney for Defendant
TRANS UNION, LLC

**ORDER**

Having considered the above Stipulation and good cause appearing, Section III of the Initial Pretrial Scheduling Order (ECF No. 16) is modified as follows:

All fact discovery shall be completed no later than three hundred and sixty-five (365) days from the date upon which the Court rules on the motion to compel arbitration filed by Solar Mosaic LLC (ECF No. 19).

**IT IS SO ORDERED.**

DATED: February 3, 2025

_____
Troy L. Nunley
Chief United States District Judge