AMETHYST PHILLIPS (SBN 360501)
*APhillips@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel. +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANDERLYN BOLTON,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR MOSAIC, LLC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:24-cv-02848-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Assigned to the Honorable U.S. District Judge Troy L. Nunley – Courtroom 2<br><br>[ECF Nos. 16 and 37]<br><br>Complaint filed: October 15, 2024 |

Plaintiff Wanderlyn Bolton and Defendant Experian Information Solutions, Inc. through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on December 5, 2024, the Court issued an Initial Pretrial Scheduling Order. ECF No. 16.

2. WHEREAS, on February 3, 2025, the Court issued a Modification to the Initial Scheduling Order. ECF No. 37 (together with ECF No. 16, the "Scheduling Order").

3. WHEREAS, all other defendants named in this action — Solar Mosaic, LLC, Equifax Information Services, LLC, and TransUnion, LLC — have been dismissed from this case. ECF Nos. 40 and 55.

4. WHEREAS, on September 11, 2025, Defendant Experian Information Solutions, Inc. filed a motion for judgment on the pleadings, which is under submission. ECF No. 49.

5. WHEREAS, Section VI of the Scheduling Order provides that "[t]he parties shall file dispositive motions no later than one hundred eighty (180) days after the close of discovery." ECF No. 16.

6. WHEREAS, the close of fact discovery was May 29, 2026, and hence, the deadline for dispositive motions is November 25, 2026.

7. WHEREAS, no trial or pretrial dates are set.

8. WHEREAS, good cause exists under Federal Rule of Civil Procedure 16 to modify the deadline for dispositive motions so as to prevent duplicative motion practice because the Court's ruling on Defendant Experian Information Solutions, Inc.'s motion for judgment of the pleadings could eliminate claims, narrow the issues, completely dispose of the case, or otherwise affect what needs to be addressed in a later Rule 56 motion and so as to provide the parties sufficient time to prepare any dispositive motions should the motion for judgment on the pleadings not dispose of the case completely.

9. WHEREAS, the modification of the dispositive motion deadline affects other deadlines set forth in the Scheduling Order, including the supplemental discovery deadline (Section V), and the Joint Notice of Trial Readiness deadline (Section VII).

10. NOW THEREFORE, the parties, through their respective counsel of record, stipulate and agree to the following modifications of the Scheduling Order:

(a) The parties shall file dispositive motions no later than ninety (90) days after the Court's ruling on the pending motion for judgment on the pleadings filed by Experian Information Solutions, Inc. For purposes of this Stipulation, "the Court's ruling" shall mean the date on which the Court's order is entered on the docket. In the event the Court grants the motion in part and denies it in part, the ninety (90) day period shall commence upon entry of such order with respect to any claims or issues remaining in the case.

(b) The deadline for supplemental disclosures and responses set forth in Section V of the Scheduling Order shall be modified such that the parties shall exchange any supplemental disclosures and responses (including expert supplemental materials) no later than thirty (30) days prior to the modified dispositive motion filing deadline set forth in subparagraph (a) above.

(c) The deadline for the Joint Notice of Trial Readiness set forth in Section VII of the Scheduling Order shall remain as provided therein, requiring the parties to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling on the last filed dispositive motion. If the parties do not intend to file dispositive motions, the parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after the modified dispositive motion filing deadline set forth in subparagraph (a) above.

*[Signatures on next page]*

**IT IS SO STIPULATED.**

Dated: October 30, 2026

By: /s/*Amethyst Phillips*

AMETHYST PHILLIPS
*APhillips@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

By: */s/ Ed Choi* (as authorized on [10/29/2026]

Ed Choi
*Ed.Choi@R23Law.com*
**R23 LAW**

Attorneys for Plaintiff
WANDERLYN BOLTON

## ORDER

Having considered the above Stipulation and good cause appearing, Section VI of the Initial Pretrial Scheduling Order (ECF No. 16) is modified as follows:

The parties shall file dispositive motions no later than ninety (90) days after the Court's ruling on the pending motion for judgment on the pleadings (ECF No. 49). For purposes of this Order, "the Court's ruling" shall mean the date on which the Court's order is entered on the docket. In the event the Court grants the motion in part and denies it in part, the ninety (90) day period shall commence upon entry of such order with respect to any claims or issues remaining in the case. The deadline for supplemental disclosures and responses set forth in Section V of the Scheduling Order (together, ECF Nos. 16 and 37) is modified such that the parties shall exchange any supplemental disclosures and responses (including expert supplemental materials) no later than thirty (30) days prior to the modified dispositive motion filing deadline set forth herein. The deadline for the Joint Notice of Trial Readiness set forth in Section VII of the Scheduling Order (together, ECF Nos. 16 and 37) shall remain as provided therein, requiring the parties to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling on the last filed dispositive motion. If the parties do not intend to file dispositive motions, the parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after the modified dispositive motion filing deadline set forth herein.

**IT IS SO ORDERED.**

DATED: October 30, 2026

Troy L. Nunley
Chief United States District Judge